UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yanick Ramirez,<br><br>                              Plaintiff,<br><br>         -against-<br><br>City of New York et al.,<br><br>                              Defendants. | 1:25-cv-02457 (JHR) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, October 6, 2025, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, September 29, 2025).

SO ORDERED.

Dated:    New York, New York
         August 19, 2025

_____
STEWART D. AARON
United States Magistrate Judge