**KLEIN CIVIL RIGHTS**

233 Broadway, Suite 1720
New York, New York 10279
T: (212) 335-0132 F: (212) 335-0571

September 26, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    *Yanick Ramirez v. City of New York,* 25 CV 02457 (JHR)

Your Honor:

    I represent the plaintiff in the above-referenced civil rights action. I write with defense counsel's consent to request that the settlement conference currently scheduled for October 6, 2025 be adjourned to one of the following dates, or such other date as is available to the Court: October 31, 2025, November 3, 2025, or November 10, 2025.

    Plaintiff makes this request because, in order to proceed with the settlement conference, we need to speak with our client who is in New York State Department of Correction and Community Supervision custody. Unfortunately, due to recent facility transfers, we have been unable to schedule a legal call with him sufficiently in advance of the current conference date.

    Should the Court be inclined to grant this request, we have conferred with our client's new facility, and we have confirmed that the facility can presently accommodate a video conference on the adjourn dates requested above. All parties are also available to appear on said dates.

    Additionally, plaintiff respectfully requests that the Court so order the enclosed proposed order to produce, which is necessary to facilitate plaintiff's video appearance for the settlement conference.

    Thank you for your consideration.

                                                  Respectfully,

                                                Lissa Green-Stark

cc:    Zoe Reszytniak, Esq. (by ECF)

Request GRANTED. The settlement conference currently scheduled for October 6 has been adjourned to November 3 at 10:00 a.m. SO ORDERED.
Dated: 9/26/2025