UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

YANICK RAMIREZ,

                                                                 Plaintiff,                          **ORDER**

     -against-                                                                   25 CV 2457 (JHR)

CITY OF NEW YORK, ET AL.

                                                          Defendants.

-------------------------------------------------------------------------X

        **IT IS HEREBY ORDERED THAT:** the Warden, or any other person to whom this may concern, of Green Haven Correctional Facility, make inmate YANICK RAMIREZ (DIN # 25R1334), available via video conference on _____November 3_____, 2025, beginning at 10:00 a.m., until the completion of the proceeding, as his appearance is required by the Court for a settlement conference scheduled to occur on said date.

Dated: 9/26/2025

SO ORDERED:

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge